■ JEFFREY R. STANTON, as Executor of JOYCE HARRIS STANTON, Deceased, Appellant, v ROMAN NOWYGROD, M.D., et al., Respondents. [822 NYS2d 448]—Appeal from order, Supreme Court, New York County (Sheila Abdus-Salaam, J.), entered January 5, 2006, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Buckley, P.J., Saxe, Williams, Sweeny and Malone, JJ.